United States Bankruptcy Court
District of Arizona

In re:  
RANDAL EVAN GRAY  
SUZETTE SHARLA GRAY  
    Debtors

Case No. 20-10788-SHG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0970-4     User: johnsa     Page 1 of 3  
Date Rcvd: Jan 15, 2021     Form ID: pdf002     Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | RANDAL EVAN GRAY, SUZETTE SHARLA GRAY, 10672 E CAMINO PALO VERDE, TUCSON, AZ 85749-8132 |
| cr | + | Fast Auto Loans, Inc., c/o Legal Department, 8601 Dunwoody Place, Suite 406, Atlanta, GA 30350-2550 |
| 16227321 | + | Aarons Rent to Own, 918 Frye BLVD, Sierra Vista AZ 85635-2640 |
| 16293064 | + | Brandon S. Lefkowitz, 29777 Telegraph Road, Suite 2440, Southfield, MI 48034-7667 |
| 16227329 | + | Fast Auto Loans, 148 East Frye Blvd, Sierra Vista AZ 85635-1855 |
| 16258392 | + | Fast Auto Loans, Inc., c/o Bankruptcy/Legal Department, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350-2550 |
| 16227330 | + | FinWise Bank/Opp Loans, Attn: Bankruptcy, 130 E Randolp St, Ste3400, Chicago IL 60601-6379 |
| 16227331 | + | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 16227335 | + | Just Military Loans, 901 N. Market St STE 463, Wilmington DE 19801-3022 |
| 16227336 | + | Monterey Collection Services, Attn: Bankruptcy, 4095 Avenida De La Plata, Oceanside CA 92056-5802 |
| 16227339 | + | Pioneer Military Loans, 4700 Belleview STE 300, Kansas City MO 64112-1359 |
| 16227340 | + | Total Visa/The Bank of Missouri, Attn: Bankruptcy, Po Box 85710, Sioux Falls SD 57118-5710 |
| 16227341 | + | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 16246741 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 16258379 | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, C/O ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 16227349 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh NC 27607-5066 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcynotices@azdor.gov | Jan 15 2021 23:46:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16233034 | + | Email/Text: bankruptcynotices@azdor.gov | Jan 15 2021 23:46:00 | ARIZONA DEPARTMENT OF REVENUE, c/o Tax, Bankruptcy and Collections Sect, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 16227322 | + | Email/Text: bankruptcynotices@azdor.gov | Jan 15 2021 23:46:00 | Arizona Department of Revenue, Bankruptcy Unit, 1600 W. Monroe, Phoenix AZ 85007-2612 |
| 16227323 | + | Email/Text: bankruptcy@armedforcesloans.com | Jan 15 2021 23:48:00 | Armed Forces Loans, 6161 South Rainbow Boulevard, Suite 100, Las Vegas NV 89118-3270 |
| 16233059 | | Email/Text: ebnnotifications@creditacceptance.com | Jan 15 2021 23:46:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE RD, SOUTHFILED , MI 48034 |
| 16227324 | + | Email/Text: bzern@celticbank.com | Jan 15 2021 23:50:00 | Celtic Bank Corporation, 268 South State Street, Suite 300, Salt Lake City, Utah 84111-5314 |
| 16227325 | + | Email/Text: convergent@ebn.phinsolutions.com | Jan 15 2021 23:48:00 | Convergent Outsourcing, Inc., Attn: Bankruptcy, Po Box 9004, Renton WA 98057-9004 |
| 16227326 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 15 2021 23:46:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield MI 48034-8331 |
| 16227327 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 15 2021 23:49:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood MA 02062-2679 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 16293065 | + | Email/Text: opportunitynotices@gmail.com | Jan 15 2021 23:48:00 | FinWise Bank, c/o Opportunity Financial, LLC, 130 E. Randolph Street, Suite 3400, Chicago, IL 60601-6379 |
| 16227332 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 15 2021 23:50:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton OR 97076-4401 |
| 16227333 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 15 2021 23:47:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 16237628 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2021 23:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 16227334 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2021 23:48:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud MN 56303 |
| 16297882 | + | Email/Text: bankruptcy@ncaks.com | Jan 15 2021 23:46:00 | National Credit Adjusters, LLC, PO Box 3023, Attn: Bankruptcy Department, Hutchinson, KS 67504-3023 |
| 16227337 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 15 2021 23:49:40 | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield VA 22119-3000 |
| 16227338 | + | Email/Text: opportunitynotices@gmail.com | Jan 15 2021 23:48:00 | Opp Loans, One Prudential Plaza, 130 E. Randolph St. STE 3400, Chicago IL 60601-6379 |
| 16234060 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 16 2021 01:43:42 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 16263635 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 15 2021 23:48:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 16276613 | | Email/Text: bnc-quantum@quantum3group.com | Jan 15 2021 23:47:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 16227348 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 15 2021 23:45:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs MO 63304-2225 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto |
| 16227328 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood MA 02062-2679 |
| 16227342 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 16227343 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 16227344 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 16227345 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 16227346 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 16227347 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021         Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on **January 15, 2021** at the address(es) listed below:

**Name**            **Email Address**

ALAN R SOLOT
 on behalf of Joint Debtor SUZETTE SHARLA GRAY arsolot@gmail.com  asolot@UpRightLaw.com

ALAN R SOLOT
 on behalf of Debtor RANDAL EVAN GRAY arsolot@gmail.com  asolot@UpRightLaw.com

DIANNE C. KERNS
 mail@dcktrustee.com  ecf@dcktrustee.com,dckerns@dcktrustee.com

JANET MARIE SPEARS
 on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfazb@aldridgepite.com, JSpears@ecf.courtdrive.com

U.S. TRUSTEE
 USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 5

THIS ORDER IS APPROVED.

Dated: January 14, 2021

_Scott H. Gan_
Scott H. Gan, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:
RANDAL EVAN GRAY and SUZETTE SHARLA GRAY,
Debtors.

Chapter 13 Case

No. 4:20-bk-10788-SHG

**ORDER GRANTING MOTION TO VACATE ORDER DISMISSING CASE**

The Debtors having filed their Motion to Vacate Order Dismissing Case (the "Motion" at docket 53) requesting this Court vacate the Order Dismissing Case (docket 51) pursuant to 11 U.S.C. Section 105, Bankruptcy Rule 9024 and Local Rule 2084-17, the Chapter 13 trustee having consent to the Motion, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted in full and

IT IS HEREBY FURTHER ORDERED that Order Dismissing Case is hereby vacated thereby reinstating this case.

**DATED AND SIGNED ABOVE**