UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| RANDAL EVAN GRAY | ) | CASE NO. 4:20-bk-10788-SHG |
| SUZETTE SHARLA GRAY | ) | |
| | ) | **ORDER DISMISSING CASE** |
| | ) | |
| DEBTORS | | |

    Pursuant to Local Rules of Bankruptcy Procedure Rule 2084-15 entered in this case, the Trustee has filed a Motion to Dismiss for Delinquent Plan Payments and Notice of Intent to Dismiss Case Without a Hearing, (hereinafter the "Motion") alleging that the Debtors are delinquent in one or more of their plan payments. The Debtors having failed to (a) cure the delinquency, (b) file a notice of conversion to Chapter 7, or (c) file a motion for moratorium, within 30 days from the mailing of the Motion, and having determined that the Debtors were not current, the Trustee has lodged this order, and good cause appearing,

    NOW THEREFORE, IT IS ORDERED THAT

(A) This case is dismissed and the Bankruptcy Noticing Center will give notice of the dismissal to all creditors;

(B) A motion to vacate the order of dismissal consistent with Local Rule 2084-17 may be granted without a hearing if the Trustee approves the proposed order. If the Trustee does not approve, the request may be set for hearing upon the Debtors' motion.

(C) Pursuant to 28 U.S.C. Sec. 586(e)(2), the Trustee shall be paid her percentage fee from all payments received from the Debtors;

(D) After payment of the Trustee's percentage fee, the Trustee will retain the Debtors' funds pending Court approval of the payment of administrative expenses to the Debtors' attorney. If the Debtors' Chapter 13 Plan contains an Application for Payment of Administrative Expenses to the Debtors' attorney and no party filed an objection to the Application, the Debtors' attorney may lodge an Order approving the Application within ten (10) days after the Court enters this Dismissal Order. Alternatively, the Debtors' attorney has ten days from the Court entering this Dismissal Order to file a separate fee application.

(E) If the Court has entered a payroll deduction order of the Debtors' wages, then such order is vacated.

SIGNED AND DATED ABOVE